1  Colin G. Cabral (State Bar No. 296913)
   ccabral@proskauer.com
2  Susan L. Gutierrez (State Bar No. 273980)
   sgutierrez@proskauer.com
3  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
4  Los Angeles, California 90067-3206
   Telephone:(310) 557-2900
5  Facsimile: (310) 557-2193

6  Steven M. Bauer (admitted *pro hac vice*)
   sbauer@proskauer.com
7  Justin J. Daniels (admitted *pro hac vice*)
   jdaniels@proskauer.com
8  Safraz W. Ishmael (admitted *pro hac vice*)
   sishmael@proskauer.com
9  William D. Dalsen (admitted *pro hac vice*)
   wdalsen@proskauer.com
10 PROSKAUER ROSE LLP
   One International Place
11 Boston, Massachusetts 02110
   Telephone: (617) 526-9600

12 Baldassare Vinti (admitted *pro hac vice*)
   bvinti@proskauer.com
13 PROSKAUER ROSE LLP
   Eleven Times Square
14 New York, New York 10036
   Telephone: (212) 969-3000

15 Christopher Ondeck (admitted *pro hac vice*)
   condeck@proskauer.com
16 PROSKAUER ROSE LLP
   1001 Pennsylvania Avenue
17 Washington, DC 20004
   Telephone: (202) 416-5865
18
   *Attorneys for Counterclaim-Defendants*
19
                UNITED STATES DISTRICT COURT
20              CENTRAL DISTRICT OF CALIFORNIA

21 ZENITH ELECTRONICS LLC,           Case No. LA CV14-05150 JAK (AJWx)
   PANASONIC CORPORATION, and
   U.S. PHILIPS CORPORATION,         Hon. John A. Kronstadt
22
                 Plaintiffs,         **DECLARATION DR. ANNE
23                                   LAYNE-FARRAR, IN SUPPORT
                                     OF COUNTERCLAIM-
24     vs.                           DEFENDANTS' MOTION FOR
                                     PARTIAL SUMMARY
25 SCEPTRE, INC.,                    JUDGMENT**

                 Defendant.
26                                       Date: February 8, 2016
                                         Time: 8:30am
27     AND RELATED                       Courtroom: 750
   COUNTERCLAIMS.
28

I, Dr. Anne Layne-Farrar, declare:

1.      I am the same Dr. Anne Layne-Farrar that submitted the June 5, 2015 Expert Report Regarding RAND Commitments in the above-captioned case.  A true and correct copy of that report is attached hereto as Exhibit A (the "June 5, 2015 Report").

2.      I am also the same Dr. Anne Layne-Farrar that submitted the October 30, 2015 Expert Rebuttal Report in the above-captioned case.  A true and correct copy of that report is attached hereto as Exhibit B (the "October 30, 2015 Report").

3.      The opinions set forth in the June 5, 2015 Report and in the October 30, 2015 Report are my own, and to the best of my knowledge, the facts set forth in the June 5, 2015 Report and in the October 30, 2015 Report are true and correct.

4.      I hereby incorporate by reference into this declaration my June 5, 2015 Report and my October 30, 2015 Report.

5.      If asked to testify at a hearing on Counterclaim-Defendants' Motion for Partial Summary Judgment or at trial, I expect to testify to the facts and/or opinions set forth in my June 5, 2015 Report and in my October 30, 2015 Report.

I declare under penalties of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed:  January 4, 2016

By: _Dr. Anne Layne-Farrar_

Dr. Anne Layne-Farrar

DECLARATION OF DR. ANNE LAYNE-FARRAR, IN SUPPORT OF COUNTERCLAIM-DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT