| | |
|---|---|
| 1 | Colin G. Cabral (State Bar No. 296913) |
|   | ccabral@proskauer.com |
| 2 | Susan L. Gutierrez (State Bar No. 273980) |
|   | sgutierrez@proskauer.com |
| 3 | PROSKAUER ROSE LLP |
|   | 2049 Century Park East, 32nd Floor |
| 4 | Los Angeles, California 90067-3206 |
|   | Telephone:(310) 557-2900 |
| 5 | Facsimile: (310) 557-2193 |
| 6 | Steven M. Bauer (admitted *pro hac vice*) |
|   | sbauer@proskauer.com |
| 7 | Justin J. Daniels (admitted *pro hac vice*) |
|   | jdaniels@proskauer.com |
| 8 | Safraz W. Ishmael (admitted *pro hac vice*) |
|   | sishmael@proskauer.com |
| 9 | William D. Dalsen (admitted *pro hac vice*) |
|   | wdalsen@proskauer.com |
| 10 | PROSKAUER ROSE LLP |
|    | One International Place |
| 11 | Boston, Massachusetts 02110 |
|    | Telephone: (617) 526-9600 |
| 12 | Baldassare Vinti (admitted *pro hac vice*) |
|    | bvinti@proskauer.com |
| 13 | PROSKAUER ROSE LLP |
|    | Eleven Times Square |
| 14 | New York, New York 10036 |
|    | Telephone: (212) 969-3000 |
| 15 | Christopher Ondeck (admitted *pro hac vice*) |
|    | condeck@proskauer.com |
| 16 | PROSKAUER ROSE LLP |
|    | 1001 Pennsylvania Avenue |
| 17 | Washington, DC 20004 |
|    | Telephone: (202) 416-5865 |
| 18 | *Attorneys for Counterclaim-Defendants* |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENITH ELECTRONICS LLC, PANASONIC CORPORATION, and U.S. PHILIPS CORPORATION, | Case No. LA CV14-05150 JAK (AJWx) |
| | Hon. John A. Kronstadt |
| Plaintiffs, | **DECLARATION OF DR. ANNE LAYNE- FARRAR, IN SUPPORT OF COUNTERCLAIM-DEFENDANTS' MOTION TO EXCLUDE SELECTED OPINIONS OF DR. MICHAEL A. WILLIAMS** |
| vs. | |
| SCEPTRE, INC., | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | |

DECLARATION OF DR. ANNE LAYNE-FARRAR, IN SUPPORT OF COUNTERCLAIM-DEFENDANTS'
MOTION TO EXCLUDE SELECTED OPINIONS OF DR. MICHAEL A. WILLIAMS

I, Dr. Anne Layne-Farrar, declare:

1. I am the same Dr. Anne Layne-Farrar that submitted the October 30, 2015 Expert Rebuttal Report in the above-captioned case. A true and correct copy of that report is attached hereto as Exhibit A (the "October 30, 2015 Report").

2. The opinions set forth in the October 30, 2015 Report are my own, and to the best of my knowledge, the facts set forth in the October 30, 2015 Report are true and correct.

3. Due to a formatting error, the October 30, 2015 Report inadvertently cuts off the last sentence in paragraph 69. That sentence should read: "The charts below present data on DTVs falling into three separate smaller screen size categories."

4. I hereby incorporate by reference into this declaration my October 30, 2015 Report.

5. If asked to testify at a hearing on Counterclaim-Defendants' Motion for to Exclude Selected Opinions of Dr. Michael A. Williams or at trial, I expect to testify to the facts and/or opinions set forth in my October 30, 2015 Report.

I declare under penalties of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: January 11, 2016

By: _____
Dr. Anne Layne-Farrar

---

DECLARATION OF DR. ANNE LAYNE-FARRAR, IN SUPPORT OF COUNTERCLAIM-DEFENDANTS' MOTION TO EXCLUDE SELECTED OPINIONS OF DR. MICHAEL A. WILLIAMS