Colin G. Cabral (State Bar No. 296913)
ccabral@proskauer.com
Susan L. Gutierrez (State Bar No. 273980)
sgutierrez@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, California 90067-3206
Telephone: (310) 557-2900
Facsimile: (310) 557-2193

Steven M. Bauer (admitted *pro hac vice*)
sbauer@proskauer.com
Justin J. Daniels (admitted *pro hac vice*)
jdaniels@proskauer.com
Safraz W. Ishmael (admitted *pro hac vice*)
sishmael@proskauer.com
William D. Dalsen (admitted *pro hac vice*)
wdalsen@proskauer.com
PROSKAUER ROSE LLP
One International Place
Boston, Massachusetts 02110
Telephone: (617) 526-9600

Baldassare Vinti (admitted *pro hac vice*)
bvinti@proskauer.com
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000

Christopher Ondeck (admitted *pro hac vice*)
condeck@proskauer.com
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue
Washington, DC 20004
Telephone: (202) 416-5865

*Attorneys for Counterclaim-Defendants*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZENITH ELECTRONICS LLC, PANASONIC CORPORATION, and U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>SCEPTRE, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. LA CV14-05150 JAK (AJWx)<br>Hon. John A. Kronstadt<br><br>**COUNTERCLAIM-DEFENDANTS' APPLICATION TO FILE PORTIONS OF MOTION TO EXCLUDE SELECTED OPINIONS OF DR. MICHAEL A. WILLIAMS AND SUPPORTING PAPERS UNDER SEAL PURSUANT TO PROTECTIVE ORDER**<br><br>Date: February 8, 2016<br>Time: 8:30 am<br>Courtroom: 750 |

Pursuant to Federal Rule of Civil Procedure 26(c) and Local Rules 7-19 and 79-5, Counterclaim-Defendants Zenith Electronics LLC, Panasonic Corporation, U.S. Philips Corporation and MPEG LA, LLC (collectively, "Counterclaim-Defendants") hereby submit this Application to File Under Seal the following documents, in whole or in part as set forth below:

(1) Counterclaim-Defendants' Memorandum In Support of their Motion to Exclude Selected Opinions of Dr. Michael A. Williams ("Memorandum") (in part, as provided by redactions);

(2) Exhibits A-E and S, U, and W to the Declaration of Christopher Ondeck (in whole); and

(3) Exhibit A to the Declaration of Dr. Anne Layne-Farrar (in whole).

The application is based upon this application and the Declaration of Christopher Ondeck ("Ondeck Decl.") filed concurrently herewith.

## MEMORANDUM IN SUPPORT OF APPLICATION

Counterclaim-Defendants submit this application to seal in order to preserve the confidentiality of certain documents designated as "Highly Confidential – Outside Counsel Only" by counsel for Counterclaim-Defendants and defendant Sceptre, Inc. ("Sceptre"), respectively, in this matter.

Under the terms of the Stipulated Protective Order (Dkt. No. 86), the "Highly Confidential – Outside Counsel Only" designation is reserved for information that would constitute trade secrets or information concerning confidential research and development, or other commercial information that has value from not being generally known, and the disclosure of which creates a substantial risk of serious harm to the designating party. Further, the Stipulated Protective Order requires Counterclaim-Defendants to file a request that the Court permit the under-seal filing of materials designated as "Highly Confidential – Outside Counsel Eyes Only" under seal. (*Id*. at ¶ 9).

The documents requested to be filed under seal have been designated "Highly Confidential – Outside Counsel Eyes Only" under the Stipulated Protective Order for one or more of the following reasons:

(i) The documents and/or specific information to be sealed contain competitively sensitive, non-public or proprietary business information that could injure Counterclaim-Defendants' or Sceptre's competitive standing;

(ii) The documents and/or specific information to be sealed contain recent or ongoing confidential business information regarding negotiation, pricing, and strategic information belonging to the designating party; and/or

(iii) The documents and/or specific information to be sealed contain recent or current confidential business sales data of the Designating Party.

The following table contains the documents requested to be filed under seal[1]:

| Document | Title | Bates No. |
|---|---|---|
| Layne Farrar Decl. Ex. A | Ex Expert Rebuttal Report, Oct. 30, 2015 | N/A |
| Ondeck Decl. Ex. A | Excerpts from the November 9, 2015 Deposition of Dr. Michael Williams | N/A |
| Ondeck Decl. Ex. B | October 9, 2015 Expert Report of Michael Williams | N/A |
| Ondeck Decl. Ex. C | ATSC Patent Portfolio License | SCEP_A00018672 |
| Ondeck Decl. Ex. D | Licensing Administrator Agreement Regarding the ATSC Standard | ATSC-S-MPEGLA00000200 |
| Ondeck Decl. Ex. E | Agreement Among Licensors Regarding the ATSC Standard | ATSC-S-MPEGLA00004795 |

---

[1] LR 79-5.5(ii) does not appear to require a redacted, public filing of documents proposed to be entirely submitted under seal. Thus we have not provided a separate filing for the documents listed as being submitted "in whole." Should the Court request such a filing we will comply with the Court's directive.

| Document | Title | Bates No. |
|---|---|---|
| Ondeck Decl. Ex. S | E-mail from Dean Skandalis to Victoria Hao, dated August 30, 2012 | ATSC-S-MPEGLA00007152 |
| Ondeck Decl. Ex. T | ATSC Attachment 1 to the Letter from Larry Horn to Stephen Liu, dated April 2, 2008 | SCEP_A00018691 |
| Ondeck Decl. Ex. U | Excerpts from the September 30, 2015 Deposition of Cathy Chou | N/A |
| Ondeck Decl. Ex. W | October 30, 2015 Expert Report of Dr. Harley Myler | N/A |

### STATEMENT OF NOTICE TO OPPOSING COUNSEL

On December 31, 2015 and continuing through January 5, 2016, counsel for Counterclaim-Defendants provided counsel for Sceptre with notice of this Application pursuant to Local Rule 7-19, and corresponded via telephone to identify the specific portions of Sceptre's materials to be filed under seal. The name, telephone number, and e-mail address of counsel for Sceptre as follows:

> Jeffrey T. Han
> Vinson & Elkins LLP
> 2801 Via Fortuna, Suite 100
> Austin, TX 78746-7568
> 512-542-8916
> jhan@velaw.com

Counsel for Sceptre informed Counterclaim-Defendants' counsel that Sceptre does not oppose the instant application. (Ondeck Decl. ¶ 6)

### CONCLUSION

Based on the foregoing reasons, Counterclaim-Defendants respectfully request that the Court grant Counterclaim-Defendants' Application to Seal. Should this Court deny Counterclaim-Defendants' request, Counterclaim-Defendants respectfully request leave to provide the court additional information in support of

1 its Application. If such leave is denied, counsel requests that the Courtroom Deputy
2 Clerk destroy the chambers' cop(ies) of the document(s).
3
4
5 Dated: January 11, 2016    PROSKAUER ROSE LLP
                 Christopher Ondeck
6
7                  By: /s/ *Christopher E. Ondeck*
                    Christopher E. Ondeck
8                     *Attorneys for Counterclaim-Defendants*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28